IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANITA R. ROGERS and : |
| WILLIAM A. ROGERS, : |
| : |
| **Plaintiffs,** : |
| : |
| vs. : CIVIL ACTION 08-549-CG-M |
| : |
| COUNTRYWIDE HOME LOANS, INC., : |
| d/b/a AMERICA'S WHOLESALE : |
| LENDER, : |
| : |
| **Defendant.** : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant's Motion to Dismiss is **GRANTED in part and DENIED in part** (Docs. 7-8).  Specifically, it is **ORDERED** that the Motion is **GRANTED** as to Plaintiffs' claims seeking damages under 15 U.S.C. § 1640(e).  It is further **ORDERED** that the balance of the Motion is **DENIED**.   Plaintiffs are hereby granted leave until **May 11, 2009,** to file an Amended Complaint which more definitively states the factual basis for their claims.

**DONE and ORDERED** this 24th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE